# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPARROW FUND MANAGEMENT, LP,<br><br>Plaintiff,<br><br>vs.<br><br>MIMDEX GROUP, INC., PARKER H. "PETE" PETIT and JOHN DOES 1-10,<br><br>Defendants. | Civil Case No.:<br><br><br><br>**FED. R. CIV. P. 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, Sparrow Fund Management, L.P. ("Sparrow"), certifies that Sparrow is a non-governmental corporate party, is not a publicly held corporation, nor is there any publicly traded corporation owning ten percent or more of Sparrow's stock.

Dated: June 4, 2018

Respectfully submitted,

**BRESSLER, AMERY & ROSS, P.C.**

/s/Nikolas S. Komyati
Nikolas S. Komyati, NYB #4298188
nkomyati@bressler.com
17 State Street
New York, New York 10004
Telephone: (212) 425-9300
Fax: (212) 425-9337

**HARRIS BERNE CHRISTENSEN LLP**
Adam S. Heder, CSB #270946
adamh@hbclawyers.com
5000 Meadows Road, Suite 400
Lake Oswego, OR 97035
Telephone: 503-968-1475
Fax: 503-968-2003

(*Pro hac vice* application to be submitted)
*Counsel for Plaintiff Sparrow Fund Management, LP*