UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPARROW FUND MANAGEMENT, LP,<br><br>Plaintiff,<br><br>vs.<br><br>MIMDEX GROUP, INC., PARKER H. "PETE" PETIT and JOHN DOES 1-10,<br><br>Defendants. | Civil Case No.: 1:18-cv-04921-JGK<br><br><br><br>NOTICE OF MOTION FOR EXPEDITED DISCOVERY ON AN EMERGENCY BASIS |

**PLEASE TAKE NOTICE THAT,** upon Plaintiff Sparrow Fund Management, L.P.'s Memorandum of Law in Support of Motion for Expedited Discovery on an Emergency Basis, and the accompanying Declaration of Nathan Koppikar in support thereof, Plaintiff Sparrow Fund Management, L.P. ("Plaintiff"), by and through their counsel Bressler, Amery & Ross, P.C. and Harris Berne Christensen, LLP, shall move before the Honorable John G. Koeltl, U.S.D.J., at the United States Courthouse, 500 Pearl Street, Courtroom 14A, New York, New York 10007, on a date and time to be determined by the Court, for an Order granting Plaintiffs leave to conduct expedited discovery pursuant to Rule 26(d)(1) of the Federal Rules of Civil Procedure, and for such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Local Rule 6.1(a), opposition papers to this motion shall be served within seven days after service of the moving papers, and reply papers shall be served within two days after service of the answering papers.

Dated: June 27, 2018

        Respectfully submitted,

        **BRESSLER, AMERY & ROSS, P.C.**

        /s/Nikolas S. Komyati
        Nikolas S. Komyati, NYB #4298188
        nkomyati@bressler.com
        Bressler, Amery & Ross, P.C.
        17 State Street
        New York, New York 10004
        Telephone: (212) 425-9300
        Fax: (212) 425-9337

        **HARRIS BERNE CHRISTENSEN LLP**
        Adam S. Heder, CSB #270946
        adamh@hbclawyers.com
        Harris Berne Christensen LLP
        5000 Meadows Road, Suite 400
        Lake Oswego, Oregon 97035
        Telephone: 503-968-1475
        Fax: 503-968-2003
        (*Pro hac vice* pending)

        *Counsel for Plaintiff Sparrow Fund Management, LP*

To:    David Pernini, Esq.
        Wargo & French
        999 Peachtree Street, NE
        26th Floor
        Atlanta, Georgia 30309