**Exhibit 1**



**Exhibit 2**

