USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/21/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SPARROW FUND MANAGEMENT LP,

                      Plaintiff,                               **ORDER**

       -against-                        18-CV-4921 (PGG) (KHP)

MIMEDX GROUP, INC., et al.,

                      Defendants.
----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A Case Management Conference in this matter is hereby scheduled for **Tuesday, October 30, 2018 at 12:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  The parties shall be prepared to discuss dates for a settlement conference.

      The parties are further directed to exchange initial disclosures by **September 19, 2018**.  By **September 14, 2018**, Defendants shall file their opposition to Plaintiff's Motions for Expedited Discovery (Doc. Nos. 15, 24) and Plaintiff shall file its oppositions to Defendants' Motions to Dismiss (Doc. Nos. 44, 46).  The parties' replies in support of their respective motions are due by **September 26, 2018**.

      The Clerk of Court is respectfully directed to terminate the letter-motion at Doc. No. 48.

**SO ORDERED.**

Dated: August 21, 2018
       New York, New York

                                                                _____
                                                                KATHARINE H. PARKER
                                                                United States Magistrate Judge