USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/2018

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern District of New York

Sparrow Fund Management, LP
    Plaintiff(s),

v.

MiMedx Group, Inc., et al.
    Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 18-CV-04921

Notice is hereby given that, subject to approval by the court, **Parker H. "Pete" Petit** (Party(s) Name) substitutes **William D. Weinreb, Esq.** (Name of New Attorney), State Bar No. **557826**, as counsel of record in place of **David M. Pernini, Esq. and John Charles Matthews, Esq.** (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

    Firm Name: Quinn Emanuel Urquhart & Sullivan
    Address: 111 Huntington Avenue, Suite 520, Boston, MA 02219
    Telephone: (617) 712-7100    Facsimile: _____
    E-Mail (Optional): _____

I consent to the above substitution.
Date: OCT 25, 2018
(Signature of Party(s)) — PARKER H. "PETE" PETIT

I consent to being substituted.
Date: _____
(Signature of Former Attorney(s)) — John Matthews / David M. Pernini

I consent to the above substitution.
Date: 10/26/18
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: **10/26/2018**
Katharine H. Parker, Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

Scanned with CamScanner