USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPARROW FUND MANAGEMENT LP,

          Plaintiff,

- against -

MIMEDX GROUP, INC., and PARKER H. PETIT, also known as "Pete,"

          Defendants.

**AMENDED ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

18 Civ. 4921 (PGG) (KHP)

PAUL G. GARDEPHE, U.S.D.J.:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | |
|---|---|
| General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| Specific Non-Dispositive Motion/Dispute:* _____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | Purpose: _____ |
| | Habeas Corpus |
| | Social Security |
| Settlement* | **X** Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| Inquest After Default/ Damages Hearing | Particular Motion: Dkt. Nos. 44 & 46 |
| | All such motions: _____ |

*Do not check if already referred for general pretrial.

Dated: New York, New York
      October 31, 2018

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge