

LARGE FIRM EXPERTISE. SMALL FIRM EFFICIENCY.

**Adam S. Heder**
Direct: 503.596.2920
adamh@hbclawyers.com
Admitted in Oregon and California

November 9, 2018

**VIA CM/ECF**

The Honorable Magistrate Judge Katharine H. Parker
United States District Court, Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

      Re:    *Sparrow Fund Management, LP v. MiMedx Group, Inc. et al.*, No. 1:18-cv-04921-JGK

Dear Judge Parker:

    In the memo endorsement adjourning *sine dine* the case management conference, the Court stated it does not need oral argument regarding the pending motions to dismiss. Plaintiff nevertheless respectfully requests the Court allow oral argument on these pending motions at a date to be determined.

    Very truly yours,

    HARRIS BERNE CHRISTENSEN LLP

    Adam S. Heder
    Admitted Pro Hac Vice

ASH:svt
cc: All Counsel of Record (via ECF)

**Main Office**
15350 SW Sequoia Parkway
Suite 250
Portland, OR 97224

**Salem Office**
625 Hawthorne Avenue SE
Suite 100
Salem, OR 97301

T  503.968.1475
F  503.968.2003
W  hbclawyers.com