USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/02/2019

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

Sparrow Fund Management, LP
      Plaintiff(s),
V.
MiMedx Group, Inc., et al
      Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 18-cv-04921

Notice is hereby given that, subject to approval by the court, __Parker H. Petit__ substitutes
      (Party (s) Name)

__Dan F. Laney__, State Bar No. __032689__ as counsel of record in
(Name of New Attorney)

place of __William Burck, William Weinreb, and Kaitlyn O'Connor__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: ROGERS & HARDIN LLP
    Address: 2700 International Tower, 229 Peachtree Street NE, Atlanta, GA 30303
    Telephone: (404) 420-4624    Facsimile (404) 230-0951
    E-Mail (Optional):

I consent to the above substitution.
Date: _[signature]_
                                            (Signature of Party (s))

I consent to being substituted.
Date: 11/26/2018
                                            (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 11/26/2018
                                            (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 01/02/2019

**SO ORDERED:**

_[signature]_
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

Scanned with CamScanner