

**HARRIS BERNE CHRISTENSEN** LLP

ATTORNEYS & COUNSELORS

LARGE FIRM EXPERTISE. SMALL FIRM EFFICIENCY.

**Adam S. Heder**
Direct: 503.596.2920
adamh@hbclawyers.com
Admitted in Oregon and California

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/08/2019
```

February 7, 2019

VIA CM/ECF

The Honorable Magistrate Judge Katharine H. Parker
United States District Court, Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

Re: *Sparrow Fund Management, LP v. MiMedx Group, Inc. et al.*
No. 1:18-cv-04921-PGG-KHP

Dear Judge Parker:

The case management conference is scheduled for February 28, 2019 at 11:30 a.m. Plaintiff requests confirmation that the Court still wants to hold that conference in light of the fact that all parties filed objections to the Report and Recommendation and are awaiting Judge Gardephe's ruling.

Very truly yours,

HARRIS BERNE CHRISTENSEN LLP

Adam S. Heder
Admitted Pro Hac Vice

ASH:svt
cc: All Counsel of Record (via ECF)

> The initial case management conference in this proceeding will go forward on February 28, 2019 at 11:30 am in Courtroom 17D, 500 Pearl Street, New York, NY 10007 as scheduled. (Doc. No. 88.)

SO ORDERED:

*Katharine H. Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

02/08/2019

**Main Office**
15350 SW Sequoia Parkway
Suite 250
Portland, OR 97224

**Salem Office**
625 Hawthorne Avenue SE
Suite 100
Salem, OR 97301

T   503.968.1475
F   503.968.2003
W   hbclawyers.com