# ROGERS & HARDIN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/19/2019

February 18, 2019

Dan F. Laney
Direct: 404.420.4624
Direct Fax: 404.230.0951
Email: dlaney@rh-law.com

**VIA CM/ECF**

Honorable Judge Katherine H. Parker
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

Re: *Sparrow Fund Management, LP v. MiMedx Group, Inc. et al.*, No. 1:18-cv-04921-PGG-KHP
Case Management Conference Scheduled for February 28, 2019.

Dear Judge Parker:

I represent Defendant Parker H. Petit in *Sparrow Fund Management, LP v. MiMedx Group, Inc. et al.*, No. 1:18-cv-04921-PGG-KHP. In a report and recommendation filed on December 14, 2018, your Honor recommended dismissing Mr. Petit, a resident of Georgia, from this action for lack of personal jurisdiction and recommended denying Plaintiff's request for jurisdictional discovery. Dkt. No. 84 at 23 & n.4. Those recommendations are pending before the District Court.

A case management conference is scheduled in this matter for February 28, 2019. *See* Dkt. Nos. 90, 100. I reside and maintain my offices in Georgia. In the interest of efficiency and economy, I respectfully request permission to participate in the conference on February 28, 2019 by telephone.

Respectfully yours,

Dan F. Laney

DFL
cc: All counsel of record through CM/ECF

---

**APPLICATION GRANTED:** Counsel is directed to email Judge Parker's chambers with a telephone where they can be connected to the courtroom on the day of the conference.

APPLICATION GRANTED

Katharine H. Parker

Hon. Katharine H. Parker, U.S.M.J.
02/19/2019

Rogers & Hardin LLP   |   2700 International Tower   |   229 Peachtree Street NE   |   Atlanta, GA 30303   |   404.522.4700 Phone   |   404.525.2224 Fax   |   rh-law.com