# BRESSLER AMERY ROSS

A PROFESSIONAL CORPORATION

325 Columbia Turnpike ▪ Suite 301 ▪ Florham Park, NJ 07932
P. O. Box 1980 ▪ Morristown, NJ 07962
973.514.1200 ▪ fax 973.514.1660
www.bressler.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/27/2019

Nikolas S. Komyati
Principal

Direct: 973-245-0671
nkomyati@bressler.com

February 26, 2019

**VIA EFILE**
Honorable Judge Katherine H. Parker
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY  10007-1312

**MEMO ENDORSED**

Re:   Sparrow Fund Management LP v. MiMedex Group, Inc., et al.
       Case No. 1:18-cv-04921-PGG-KHP

Dear Judge Parker:

I represent Plaintiff Sparrow Fund Management LP as local counsel in the above referenced matter.  As you know, a Case Management Conference is scheduled in this matter for February 28, 2019.  Mr. Heder, counsel for Plaintiff will be appearing in person for this conference.  I will out of the country on business and respectfully request permission to participate in the conference by telephone.  Thank you in advance for your consideration.

Very truly yours,

/s/ Nikolas S. Komyati

**The Case Management Conference in this matter that is scheduled for Thursday, February 28, 2019 at 11:30 a.m. is hereby converted to a telephone conference. Counsel for the parties are directed to call Judge Parker's Chambers at the scheduled time with counsel for all parties on the line. Please dial 212-805-0234.**

SO ORDERED:

/s/ Katharine H. Parker
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

02/27/2019

New Jersey ▪ New York ▪ Florida ▪ Alabama ▪ Washington, DC