```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SPARROW FUND MANAGEMENT LP,

                               Plaintiff,

              -against-

MIMEDX GROUP, INC., ET AL.,

                               Defendants.


------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/01/2019

**SCHEDULING ORDER**

18-cv-04921 (PGG) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge:**

On February 28, 2019 the parties appeared telephonically for an Initial Case Management Conference. After review of the pleadings and consultation with the parties, the following scheduling order is entered pursuant to Rule 16 of the Federal Rules of Civil Procedure:

**Pleadings and Parties.** The parties may amend the pleadings[1] or join additional parties until **April 19, 2019**.

**Discovery.** All fact discovery and expert discovery shall be completed by **June 28, 2019**. Defendant Parker H. Petit will submit initial disclosures, but will be exempt from more onerous discovery in light of this Court's Report and Recommendation concluding that Defendant Petit should be dismissed from this action. (Dkt. No. 84.)

**Settlement Conference.** A settlement conference will be held on **May 30, 2019 at 11:00 a.m. in Courtroom 17D.** Corporate parties must send the person with decision-making

---

[1] All proposed amendments must be consistent with Hon. Paul G. Gardephe's orders in this action.

authority to settle the matter to the conference.   The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **May 23, 2019** by 5:00 p.m.

**Discovery Disputes.**  The parties shall follow the Court's Individual Procedures with respect to any discovery disputes.  See http://nysd.uscourts.gov/judge/Parker.

**Summary Judgment Motion.**   Any party that wishes to file a motion for summary judgment shall file a pre-motion letter with the Hon. Paul G. Gardephe by no later than **July 12, 2019** in accordance with Judge Gardephe's Individual practices.  See http://www.nysd.uscourts.gov/judge/Gardephe.

Dated: March 1, 2019
       New York, New York

                                         SO ORDERED.

                                         _____
                                         KATHARINE H. PARKER
                                         United States Magistrate Judge