USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/11/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

SPARROW FUND MANAGEMENT LP,

                    Plaintiff,

    -against-

MIMEDX GROUP, INC., et al.,

                    Defendants.
---------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONIC STATUS CONFERENCE**

18-CV-4921 (PGG) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A telephonic Status Conference in this matter is hereby scheduled for **Thursday, October 8, 2020 at 11:30 a.m.**  Counsel is directed to call Judge Parker's teleconference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.**

      **SO ORDERED.**

Dated: September 11, 2020
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge