

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2020

Peter T. Shapiro
77 Water Street, Suite 2100
New York, New York 10005
Peter.Shapiro@lewisbrisbois.com
Direct: 212.232.1322

November 9, 2020

File No. 50027.4778

**VIA ECF**
Honorable Katharine H. Parker
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> The Court thanks the parties for this update. The parties shall file another joint status letter **by no later than December 9, 2020** to update the Court on the progress of discovery and any issues that the parties are unable to resolve through the meet and confer process.
>
> SO ORDERED:
>
> *Katharine H. Parker*
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE
> Date: 11/10/2020

Re: *Sparrow Fund Management LP v. MiMedx Group, Inc.*
Docket No. 1:18-cv-04921-PGG-KHP

Dear Judge Parker:

We represent Defendant in the above-referenced matter. We submit this letter jointly with Plaintiff's counsel, Adam S. Heder, Esq., pursuant to Your Honor's Order dated October 8, 2020, directing the parties to provide a status update by November 9, 2020.

Both parties have made document productions. Defendant anticipates making a third round of document production by the end of this week. The parties have identified a number of discovery disputes about which they continue to correspond and meet and confer, but the issues are not yet ripe for court intervention. Instead, the parties wish to continue to work amicably together to resolve their disputes and any disputes that may subsequently arise, but will notify the Court should they reach an impasse.

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA
4811-7521-9921.1

Honorable Katharine H. Parker
November 9, 2020
Page 2

      We thank the Court for its attention to this matter.

                              Respectfully,

                              *Peter T. Shapiro*

                              Peter T. Shapiro of
                              LEWIS BRISBOIS BISGAARD &
                              SMITH LLP

cc: Counsel of Record (via ECF)