

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/08/2021
```

Adam S. Heder
Direct: 503.596.2920
adamh@hbclawyers.com
Admitted in Oregon and California

February 8, 2021

**VIA CM/ECF**

The Honorable Magistrate Judge Katharine H. Parker
500 Pearl Street, Room 750
New York, NY 10007

**APPLICATION GRANTED**

*[signature]*

Hon. Katharine H. Parker, U.S.M.J.

02/08/2021

      Re:    *Sparrow Fund Management, LP v. MiMedx Group, Inc. et al.*
              Case No. 1:18-cv-04921-PGG-KHP
              Joint Motion for Modification of Briefing Schedule

Dear Judge Parker:

      On January 26, 2021, the parties participated in a discovery conference with you telephonically. You issued an order requiring Plaintiff's Motion to Compel be submitted by February 9, 2021, with the opposition due by February 23, 2021, the reply due by March 2, 2021, and the hearing/conference scheduled for March 3, 2021.

      The parties have been conferring in the meantime and have narrowed the issues and universe of documents at issue. As a result, the scope of the motion to compel has changed and continues to change as the parties continue to confer. Defendant, for instance, is producing early this week a revised version of its privilege log both to reflect its narrowing but also to comply with your ruling from the January 26, 2021 conference.

      As a result, the parties require a bit more time to prepare their respective briefs to respond to the changed landscape. Plaintiff respectfully requests that it have until this Friday, February 12, 2021, to submit its motion to compel. Defendant, in turn, respectfully requests that it have until February 25, 2021 to submit its opposition. The parties do not propose any changes to the due date for the reply brief or the hearing/teleconference.

      Thank you for your consideration.

                                    Very truly yours,

                                    **HARRIS BERNE CHRISTENSEN LLP**

                                    *[signature]*

                                    Adam S. Heder
                                    Admitted Pro Hac Vice

cc:      All Counsel of Record (via ECF)

**Main Office**
15350 SW Sequoia Parkway
Suite 250
Portland, OR 97224

T   503.968.1475
F   503.968.2003
W  hbclawyers.com