

LARGE FIRM EXPERTISE. SMALL FIRM EFFICIENCY.

**Adam S. Heder**
Direct: 503.596.2920
adamh@hbclawyers.com
Admitted in Oregon and California

February 12, 2021

VIA CM/ECF

The Honorable Magistrate Judge Katharine H. Parker
500 Pearl Street, Room 750
New York, NY 10007

      Re:    *Sparrow Fund Management, LP v. MiMedx Group, Inc. et al.*
             Case No. 1:18-cv-04921-PGG-KHP
             Joint Motion to File Portions of Motion to Compel Under Seal

Dear Judge Parker:

      Concurrent with the filing of this motion, Plaintiff has filed a motion to compel. Portions of that motion, however, reference certain exhibits that have been produced by Defendant in this matter as "confidential" pursuant to a stipulated protective order.

      Plaintiff contends these documents should not be marked as confidential and that they should not be filed under seal. Nevertheless, because the protective order gives a party the right to designate documents as "confidential" and because Defendant has not yet agreed to de-designate the documents at issue, the parties jointly submit that this be filed under Seal.

      Sincerely,

                                         HARRIS BERNE CHRISTENSEN LLP

                                         Adam S. Heder
                                         Admitted Pro Hac Vice

cc: All Counsel of Record (via email)

**Main Office**
15350 SW Sequoia Parkway    T   503.968.1475
Suite 250    F   503.968.2003
Portland, OR 97224    W   hbclawyers.com