USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SPARROW FUND MANAGEMENT LP,

                Plaintiff,

     -against-

MIMEDX GROUP, INC.,

                Defendant.
----------------------------------------------------------------X

**ORDER TO SEAL**

**18-CV-4921 (PGG) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    The purpose of Plaintiff's motion at ECF No. 195 is to remove the "confidential" designation from various documents exchanged between the parties in discovery in this action. The Court may very well assess the existence and weight of a presumption of public access to these documents under Second Circuit precedent in resolving this motion. However, the Court agrees that Plaintiff's motion and supporting exhibits should be filed under seal, at least for the time being, while the motion to de-designate remains pending. *S.E.C. v. TheStreet.Com*, 273 F.3d 222, 230 (2d Cir. 2001) (holding it presumptively unfair for courts to modify protective orders upon which parties have reasonably relied).

## CONCLUSION

    Therefore, ECF No. 194 is hereby GRANTED. Accordingly, the Court respectfully requests that the Clerk of Court ensure that the document filed at ECF No. 195 remains under seal, with access limited to the parties and the Court.

**SO ORDERED.**

Dated: May 5, 2021
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge