UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SPARROW FUND MANAGEMENT, LP,   Case No. 18-cv-04921 (PGG)(KHP)

                Plaintiff,

   - against -   **NOTICE OF MOTION**

MIMEDX GROUP, INC.,

                Defendant.
-----------------------------------------------------------X

PLEASE TAKE NOTICE THAT on a date to be determined by the Court, Defendant MiMedx Group, Inc., by and through its undersigned attorneys, Lewis Brisbois Bisgaard & Smith LLP, will move, at the United States Courthouse, 40 Foley Square, New York, New York 10007, pursuant to Rule 15, Fed.R.Civ.P., for leave to amend its Answer in order to ascertain an additional affirmative defense, an additional affirmative defense which also serves as a counterclaim, and a revised affirmative defense.

Dated:  New York, New York
        June 3, 2021

                              **LEWIS BRISBOIS BISGAARD & SMITH LLP**

                              By:  /s/ Peter T. Shapiro
                                  Peter T. Shapiro, Esq.
                                  *Attorneys for Defendant*
                                  77 Water Street
                                  New York, NY 10005
                                  212.232.1300
                                  Peter.Shapiro@lewisbrisbois.com

## **CERTIFICATE OF SERVICE**

      Peter T. Shapiro, an attorney duly admitted to practice before this Court, certifies that on June3, 2021, he caused the Notice of Motion, Declaration and Memorandum of Law in support to be filed and served by ECF upon the attorneys of record.

                                                                  /s/ Peter T. Shapiro
                                                                     Peter T. Shapiro