

Adam S. Heder
Direct: 503.596.2920
adamh@hbclawyers.com
Admitted in Oregon and California

June 23, 2021

**VIA CM/ECF**

The Honorable Magistrate Judge Katharine H. Parker
500 Pearl Street, Room 750
New York, NY 10007

> Re: *Sparrow Fund Management, LP v. MiMedx Group, Inc. et al.*
> Case No. 1:18-cv-04921-PGG-KHP
> Motion to File under Seal Exhibit A in Support of Supplemental Motion to De-Designate

Dear Judge Parker:

Concurrent with the filing of this motion, Plaintiff has filed a Supplemental Motion to De-Designate. Exhibit A to that motion, however, has been produced by a third-party in this matter who labeled it as "confidential" pursuant to the Court's Protective Order (CM ECF No. 169).

Under the terms of that Protective Order, Plaintiff is required to file its motion under seal. By way of this letter motion, Plaintiff respectfully requests the Court allow it to so proceed.

Sincerely,

HARRIS BERNE CHRISTENSEN LLP

Adam S. Heder
Admitted Pro Hac Vice

cc: All Counsel of Record (via email)

**Order to Seal**
For the same reasons set forth by the Court at ECF No. 206 in this case the Court hereby GRANTS Sparrow's letter motion to seal. The Court respectfully requests that the Clerk of Court ensure that the document filed at ECF No. 225 remains under seal with access limited to the parties and the Court.

SO ORDERED:

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE    Date: June 24, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/24/2021