CONFIDENTIAL – PRODUCED PURSUANT TO PROTECTIVE ORDER

| | |
|---|---|
| From: | Wargo, Joseph D. [jwargo@wargofrench.com] |
| Sent: | 10/3/2017 7:48:13 PM |
| To: | Lexi Haden [LHaden@mimedx.com] |
| Subject: | FW: Forensic Linguistic Report - Tyson twitter matter |
| Attachments: | MintzGroup_Tweet_Analysis_Report_10.02.17.pdf; FITZGERALD - CV - Aug2017.pdf |

Done.

**From:** jfitzge176@aol.com [mailto:jfitzge176@aol.com]
**Sent:** Tuesday, October 03, 2017 7:47 PM
**To:** Sdresher@mintzgroup.com; PTowill@sheppardmullin.com; Pernini, David M.; Wargo, Joseph D.
**Subject:** Forensic Linguistic Report - Tyson twitter matter

Staci, David, Jeff, et al,
As per our recent phone discussion, attached is my report re caption civil matter.
For your edification, I've also included my CV.

Please feel free to contact me if you have additional questions.

Best,
Jim Fitzgerald

-----Original Message-----
From: Staci Dresher <Sdresher@mintzgroup.com>
To: Polly Towill <PTowill@sheppardmullin.com>; 'jfitzge176@aol.com' <jfitzge176@aol.com>; 'dpernini@wargofrench.com' <dpernini@wargofrench.com>; 'Wargo, Joseph D.' <jwargo@wargofrench.com>
Sent: Tue, Oct 3, 2017 4:56 pm
Subject: Call re: Aurelius and Mike Tyson forensic language analysis results


This communication may be protected by the attorney/client privilege and may contain confidential information intended only for that person to whom it is addressed. If it has been sent to you in error, please do not read it. Please reply to the sender by e-mail or the phone number immediately above that you have received the message in error. Then delete this message and any attachments without copying, forwarding or reading it. Any dissemination, distribution, copying, forwarding or other reproduction of this message is strictly prohibited.

# JAMES R. FITZGERALD ASSOCIATES, LLC

**THIS CURRICULUM VITAE IS PROVIDED TO YOU BY JAMES R. FITZGERALD ASSOCIATES, LLC, FOR INFORMATIONAL PURPOSES ONLY.  YOU ARE NOT AUTHORIZED TO USE ANY OF THE INFORMATION CONTAINED HEREIN FOR ANY PURPOSE OTHER THAN IN THE DETERMINATION TO CONTRACT THE SERVICES OF MR. FITZGERALD.  MISUSE OF VITAE INFORMATION BY OTHERS IN THE PAST REQUIRES TO ADVISE YOU THAT THE WRONGFUL USE OF MR. FITZGERALD'S NAME, SUCH AS LISTING HIM AS AN EXPERT WITNESS WITHIN THE DISCOVERY PROCESS BEFORE HE HAS AGREED TO SERVE AS AN EXPERT, IS ACTIONABLE UNLESS MR. FITZGERALD GIVES PRIOR SPECIFIC PERMISSION.**

## James R. Fitzgerald, M.S.
### Criminal Profiler and Forensic Linguist
### Entertainment and Media Consultant
### Author

215.882.0346
jfitzjourney@gmail.com
www.jamesrfitzgerald.com

## INTRODUCTION

Mr. Fitzgerald began his law enforcement career in Bensalem Township, Pennsylvania, in 1976 and had attained the rank of Sergeant by the time he left in 1987.  His first assignment as an FBI Special Agent was in the New York Field Division working on the Joint Bank Robbery Task Force where he investigated bank robberies, armored car robberies, kidnapping, threats and extortion.  In 1995, he was promoted to the position of Criminal Profiler at the National Center for the Analysis of Violent Crime at the FBI Academy in Quantico, Virginia.  There, he focused on the crimes of homicide, serial rape, kidnapping, extortion, product tampering, domestic, workplace, and school violence, text analysis, and threat assessment.  Also during that time, Mr. Fitzgerald became an integral member of the UNABOM Task Force in San Francisco, California, where his work proved instrumental in the arrest and successful prosecution of Theodore Kaczynski, also known as the Unabomber.  A fully qualified forensic linguist, he has testified numerous times as an expert witness in criminal courts throughout the U.S.  Mr.

James R. Fitzgerald			Curriculum Vitae					[2]

Fitzgerald designed and developed the FBI's Communicated Threat Assessment Database (CTAD), a first-of-its-kind fully searchable repository for all threatening and criminally-oriented communications.  He has also published numerous articles and books.  As a practitioner, he offers operational assistance and expert testimony in areas related to threat assessment, text analysis, and forensic linguistics.  He also provides training in the area of forensic linguistics.

## EDUCATION

M.S.	Linguistics, Georgetown University (2005)
M.S.	Human Organizational Science, Villanova University (1988)
B.S.	Law Enforcement and Corrections, Pennsylvania State University (1975)

## CAREER SUMMARY

**2012 – 2013**		A&E's "Killer Profile" – Executive Producer and Co-Host

**2008 – Present:**	CBS TV's "Criminal Minds" – Technical Advisor

**2016 – 2017:**		Discovery Channel's "Manhunt: The Unabomber" – Producer

**2007 – 2016:**		**The Academy Group, Inc. (AGI), Manassas, Virginia**
			**Violent Crime Consultant and Forensic Linguist Expert**

At AGI, Mr. Fitzgerald's duties included, but were not limited to, analyses/assessment of threatening and/or criminally oriented communications within both the criminal and private sector; rendering expert opinions as to the possible authorship of anonymous communications; offering expert testimony in forensic linguistic related matters; teaching one-day to week-long courses in "Threat Assessment and Text Analysis:  From a Forensic Linguistic Perspective"; offering training and guidance in matters related to workplace violence.

Mr. Fitzgerald was instrumental in creating and designing AGI's Communicated Threat Assessment Resource Corpus (CTARC), and AGIware, CTARC's operating system. This is a state-of-the-art analytical tool for assessing and linking threatening, criminally oriented, and problematic communications.  It was the only private sector corpus/database of its kind in the United States.

**1987 – 2007:**		Federal Bureau of Investigation, Quantico, Virginia

**Supervisory Special Agent (SSA), 1995 – 2007:**  Assigned to the Behavioral Analysis Unit-1 (BAU-1) whose primary mission is to serve the FBI and local and state law enforcement agencies by providing advice and support in the areas of criminal profiling and forensic linguistics, including threat assessment, textual analysis, and matters relating to counterterrorism. BAU-1 personnel review crimes from both linguistic and behavioral perspectives.  Crimes investigated include homicide, sexual assaults, threats, extortion, stalking, kidnapping, product tampering, domestic and international terrorism, and other crimes in which text may be involved.

James R. Fitzgerald                    Curriculum Vitae                                        [3]

Instructional courses offered in areas related to counterterrorism, threat assessment, and forensic linguistics both within the US and internationally. These topics were also presented at the FBI Academy to New Agent Trainees, National Academy Students, and to other US and International students.

Developed and was primary instructor for the "Forensic Linguistic Workshop for Law Enforcement Practitioners." This week-long training course was the first and only of its kind offered to law enforcement personnel in the U.S. There were four separate workshops offered between 2004 and 2007.

Designated Threat Assessment/Textual Analysis Program Manager in 2003. Designed and implemented the FBI's Communicated Threat Assessment Database (CTAD), a software-based program that is now the primary repository for all threatening communications received by the FBI. Its purpose is to categorize, catalogue, and facilitate advanced searches of all threatening communications for purposes of determining threat level and authorship of incoming communications.

**Special Agent (SA), 1987 – 1995:** Assigned to the FBI's New York Division. Initially assigned to the Joint Bank Robbery Task Force that, along with bank and armored car robberies, also investigated kidnapping, sexual exploitation of children, extortions, product tampering, and assaults on federal officers. Later transferred to the Gang Squad where the same violent crimes were worked as well as a specialty in outlaw motorcycle gangs.

**1976 – 1987:**            **Bensalem Township Police Department, Bensalem, Pennsylvania**

Attained rank of detective sergeant in 1982. Duties included investigating numerous homicides, rapes, assaults, and other felony cases.

**1985 – 1987:**            **Instructor, Montgomery County (PA) Community College.**

Taught several courses in the criminal justice field.

## FACULTY APPOINTMENTS

2009 – Present      The Richard Stockton University of New Jersey, Pomona, NJ
                    Adjunct Faculty - Forensic Linguistics

2008 – Present      Hofstra University, Hempstead, NY
                    Adjunct Faculty - Forensic Linguistics

## SPECIALIZED TRAINING

1988   Sex Crimes In-Service, Westchester, NY
1989   Advanced Evidence Collection, FBI Academy
1992   Advanced Sex Crimes In-Service, FBI Academy

James R. Fitzgerald                    Curriculum Vitae                                [4]

1993   Kidnapping In-Service, FBI Academy
1994   New York Police Department Homicide Investigation School, NY
1994   General Police Instructor, NY
1995   Armed Forces Institute of Pathology, Death Investigation Course, FBI Academy
1995   Interpersonal Violence (three month advanced training program at the FBI Academy)
1998   Threat Assessment Seminar, FBI Academy
1999   Psychopathy Assessment Seminar, FBI Academy
1999   Text Analysis/Authorial Attribution Seminar, FBI Academy
1999   Risk Assessment Conference, FBI Academy
2000   American Academy of Religions Conference, Nashville, TN
2001   Forensic Psychiatry Symposium, FBI Academy
2001   Advanced Text Analysis/Authorial Attribution Seminar, FBI Academy
2001   International Criminal Investigative Analysts Fellowship Seminar, Key West, FL
2002   Terrorism Symposium, FBI Academy
2002   Georgetown University Roundtable Conference on Languages and Linguistics, Washington, DC
2002   Workplace Violence Seminar, Leesburg, VA
2002   International Criminal Investigative Analysts Fellowship Seminar, Ft. Myers, FL
2003   Domestic Violence Seminar, Leesburg, VA
2006   Counterterrorism Training, Washington, DC
2006   Expert Testimony Training, FBI Academy

**OTHER TRAINING**

1976   Municipal Police Officer Training Course, Pennsylvania State Police Academy
1984   POSIT/POLEX Police Management Course, Pennsylvania State University
1986   FBI National Academy (147th Session)
1988   New Agent Training, FBI Academy

**MAJOR INVESTIGATIONS/ASSIGNMENTS**

1993            World Trade Center Bombing
1995 – 1998     UNABOM Case
1998 – 2001     Olympics/Southeastern Bombings Task Force
1997 – 1999     Upper East Side Rapist Case with the New York City Police Department
1998 – 2001     Abortion Doctor Shootings Investigation, International Fugitive Hunt
2000            Ten day fugitive hunt/hostage standoff of spree killer, Baltimore County, MD
2001            Double Homicide of Dartmouth College Professors, Hanover, NH
2001 – 2007     9/11 attacks and Anthrax Investigations
2002            Homicide of *Wall Street Journal* reporter, Pakistan
2002            Washington, DC, metropolitan area Sniper Case
2003            Detainee interview process, Guantanamo Bay, Cuba
2004            Olympic Games Deployment, Athens, Greece
2005            Serial Bomber Case, Venice, Italy
2006            United Nations International Independent Investigation Commission, 2005 Assassination of Lebanese Prime Minister

James R. Fitzgerald                    Curriculum Vitae                                        [5]

2012    Frederick R. Heebe v. Henry L. Mencken1951 (Civil Lawsuit – Civil District Court for the Parish of New Orleans, State of Louisiana.

## INTERNATIONAL LIAISON

2001   Arranged two-week visit of a forensic linguist from the Bundeskriminalmt (German Federal Police) to the BAU for purpose of sharing information on text analysis, threat assessment, authorial attribution, databases, and other related matters.

2002   A weeklong visit to the Bundeskriminalmt in Wiesbaden, Germany, for the purpose of reviewing their Forensic Linguistic Unit from an operational and administrative perspective.  Training was provided to German investigators while there.

2006   Co-sponsored, along with other BAU-1 personnel, a police psychologist from the Metropolitan Police Department, New Scotland Yard, London, England.

2007   Sponsored a psychologist with the Australian Crime Commission, along with a police sergeant from New South Wales Police Department, to undertake a joint FBI/Australian Crime Commission research project regarding threat assessment.

2011   Sponsored a forensic linguist from Aston University, Birmingham, England, as a visiting scholar to review AGI's CTARC.

## EXPERT TESTIMONY

1999   Madison County, West Virginia: qualified in state court as expert in sexual assault and rapist typologies, testified to same in pre-trial hearing in rape prosecution.
(West Virginia v. Gullet)

2000   U.S. District Court, Newark, New Jersey: qualified in federal court as expert in textual analysis, testified to same at trial in stalking prosecution.  This is the first time that testimony relating to textual analysis was allowed in U.S. Federal Court.
(U.S. v. VanWyk)

2003   Morgan County, Ohio: qualified in state court as expert in forensic linguistics, testified to same in pre-trial hearing in arson prosecution. (Ohio v. Baker)

2004   Lycoming County, Pennsylvania: qualified in state court as expert in textual analysis, testified to same at trial in homicide prosecution. (Pennsylvania v. Illes)

2005   U.S. District Court, Lubbock, Texas: qualified in federal court as expert in forensic linguistics, testified to same at trial in child pornography prosecution. (U.S. v. Cole)

2006   York County, Pennsylvania: qualified in state court as expert in forensic linguistics, testified to same in pre-trial hearing in homicide prosecution. (Pennsylvania v. Hummert)

2007   Middlesex County, New Jersey: qualified in state court as expert in forensic linguistics, testified to same in grand jury, pre-trial hearing, and trial in homicide prosecution.
(New Jersey v. McGuire)

2009   Pennsylvania v. Perez: provided expert testimony in forensic linguistics in double-homicide trial.

2010   Bedford County, Virginia: provided expert testimony in homicide trial.
(Virginia v. Earnest)

2010   U.S. District Court, District of Utah, Central Division: qualified in federal court as expert in forensic linguistics. (U.S. v. Zajac)

James R. Fitzgerald                    Curriculum Vitae                                     [6]

2012    Dallas, Texas: provided expert testimony in forensic linguistics/authorial attribution analysis in state civil court trial. (Coppinger v. Ramsay)
2017    Newark, New Jersey: provided expert testimony in forensic linguistics/authorial attribution analysis in state civil court trial.  (Smith v. Township of Irvington)

**MAJOR CONFERENCES AND PRESENTATIONS**

1994    Mid-Atlantic Food and Drug Investigators Seminar, Brooklyn, NY
1997    Police Institute of Pennsylvania, Somerset, PA
1997    French Delegation to the U.S., FBI Academy, Quantico, VA
1997    Domestic Terrorism Seminar, Phoenix, AZ
1997    FBI Polygraph Examiner Conference, Myrtle Beach, SC
1998    Army CID, Ft. Campbell, KY
1998    Austrian Criminal Justice Delegation, FBI Academy
1998    Committee on Legal Issues Pertaining to Animals, New York, NY
1998    Forensic Nursing Program, Rutgers University, New Brunswick, NJ
1998    Operation Safeguard II, New York, NY
1998    Canadian-American Cooperative Association, Alexandria Bay, NY
1998    Syracuse Police Department Homicide Investigation School, Syracuse, NY
1998    Explorer Scout National Law Enforcement Symposium, College Park, MD
1998    FBI National Academy Enrichment Night, FBI Academy, Quantico, VA
1998    Gresham Police Department Animal Cruelty/Adult Violence Symposium, Gresham, OR
1998    Northwestern School of Law of the Lewis and Clark College, Portland, OR
1998    International Association for Identification, Cape May, NJ
1999    Forensic Psychiatry Symposium, Walter Reed Army Medical Center, Washington, DC

1999    Kings County District Attorney's Office Sexual Assault/Domestic Abuse Seminar, Brooklyn, NY
1999    Association of Threat Assessment Professionals, Regional Conference, Washington, DC
1999    Violent Crime Seminar, Ann Arbor, MI
1999    Association of Threat Assessment Professionals, National Conference, Anaheim, CA
1999    Evidence Response Team Seminar, San Diego, CA
1999    New York Prosecutors Training Institute, Syracuse, NY
1999    17th FBI National Academy Retraining Session, Vienna, Austria
1999    FBI Interpersonal Violence Training Program, Threat Assessment/Text Analysis Block, FBI Academy, Quantico, VA
2000    Community Partnership Program, Philadelphia, PA
2000    American Judges Association Educational Conference, Atlantic City, NJ
2000    Weapons of Mass Destruction Conference, San Diego, CA
2000    Association of Government Attorneys Engaged in Capital Litigation, Denver, CO
2000    Association of Threat Assessment Professionals, National Conference, Anaheim, CA
2000    National Center for the Analysis of Violent Crime Regional Conference, Hershey, PA
2001    Community Partnership Program, Philadelphia, PA
2001    International Criminal Investigative Analysts Fellowship Conference, Key West, FL
2001    International Association of Forensic Linguists Conference, Valletta, Malta
2001    FBI National Academy Retraining Session, State College, PA

DEF00024

Exhibit 6
Page 7 of 13

James R. Fitzgerald                Curriculum Vitae                                [7]

| | |
|---|---|
| 2002 | Workplace Violence, Threat Assessment, Text Analysis Seminar for Boeing and Microsoft Corporations and local law enforcement agencies, Seattle, Washington |
| 2003 – 2007 | Forensic Linguistic/Threat Assessment/Textual Analysis, ongoing instructional block at the FBI National Academy |
| 2004 | FBI/John Jay College/New Scotland Yard Biennial Conference, Bucharest, Romania |
| 2004 | FBI Regional Conference, Anchorage, AK |
| 2004 | Forensic Linguistic/Threat Assessment/Textual Analysis instructional block, New South Wales Police Crime Management Facility, Parramatta, Australia |
| 2004 – 2007 | Forensic Linguistic Workshop for Law Enforcement Practitioners, FBI Academy, first-of-its-kind workshop incorporating concepts of forensic linguistics within a law enforcement/investigative framework |
| 2005 | FBI Regional Conference, Boise, ID |
| 2005 | Forensic Linguistic/Threat Assessment/Textual Analysis instructional block, Texas Tech University School of Law, Lubbock, TX |
| 2005 | Ohio Judges Conference, Columbus, OH |
| 2005 | Academy of Modern Languages Conference, Washington, DC |
| 2006 | Forensic Linguistic Presentation, Hofstra University, Hempstead, NY |
| 2006 | FBI New York Division, Serial Bank Robber Presentation |
| 2006 | Harvard University Law School, Forensic Linguistics and the Law Presentation, Cambridge, MA |
| 2006 | FBI Regional Conference, Ft. Lauderdale, FL |
| 2006 | FBI Regional Conference, Eugene, OR |
| 2006 | Forensic Linguistic/Threat Assessment/Text Analysis instructional block, multi-agency conference sponsored by U.S. Park Police, Ellis Island, NY |
| 2006 | International Association of Forensic Linguists Conference, Barcelona, Spain |
| 2006 | Weapons of Mass Destruction Conference, Sponsored by FBI, Indianapolis, IN |
| 2006 | Association of Threat Assessment Professionals, Arlington, VA |
| 2006 – Present | Georgetown University, visiting lecturer once or twice per semester in linguistics Classes, Washington, DC |
| 2007 | Georgetown University, Forensic Linguistics Roundtable Discussion, Washington, DC |
| 2007 | U.S. Air Force Academy, Colorado Springs, CO |
| 2007 | Forensic Linguistic Presentation, University of Coruna, Coruna, Spain |
| 2007 | Forensic Linguistic Presentation, National Institute of Science, Washington, DC |
| 2007 | FBI Regional Conference, UCLA, Los Angeles, CA |
| 2007 | Dutch National Police Threat Assessment Conference, Leiden, The Netherlands |
| 2007 | FBI Regional Conference, Pennsylvania State Police Academy, Hershey, PA |
| 2007 | Violent Crime Seminar, Curitiba, Brazil |
| 2008 | Two-Day Forensic Linguistic Seminar, University of Cambridge, Cambridge, UK |
| 2008 | Forensic Linguistic Presentation, New Jersey State Police Homicide School, Princeton University, Princeton, NJ |
| 2008 | Four-Day Forensic Linguistic Course, Cal State Fullerton, Garden Grove, CA |
| 2008 | Four-Day Forensic Linguistic Course, Edmonton Police Services, Edmonton, Alberta, Canada |
| 2009 | Forensic Linguistics, Arcadia University, Willow Grove, PA |
| 2009 | Forensic Linguistics and Threat Assessment, John Jay College, New York, NY |

James R. Fitzgerald                Curriculum Vitae                                  [8]

| | |
|---|---|
| 2009 | Colorado Association of Robbery Investigators |
| 2009 | International Association of Forensic Linguists, bi-annual conference, Amsterdam, The Netherlands |
| 2009 | Lecture in Forensic Linguistics, University of Murcia, Murcia, Spain |
| 2009 | Week-long course in Forensic Linguistics, University of Pompeu Fabra, Barcelona, Spain |
| 2011 | Week-long course in Forensic Linguistics, Royal Canadian Mounted Police, Manassas, VA |
| 2011 | Invited Instructor, Aston University International Summer School in Forensic Linguistic Analysis, Birmingham, England |
| 2011 | International Association of Forensic Linguists, bi-annual conference, Birmingham, England |
| 2011 | Forensic Linguistic Presentation, Central Intelligence Agency, Langley, VA |
| 2011 | Forensic Linguistic/Threat Assessment Presentation, Intelligence Agency (classified), London, England |
| 2012 | Forensic Linguistics, Authorial Attribution, and Staged Suicide Communications, John Jay College, New York, NY |
| 2012 | Forensic Linguistic/Threat Assessment Presentation, Black Police Officers Association National Conference, Philadelphia, PA |
| 2013 | Forensic Linguistic Case Study Review, Touro Law School, Suffolk County, NY |
| 2013 | Forensic Linguistic Presentation/Case Studies, American Criminal Justice Association Conference, Keynote Speaker, Valley Forge, PA |
| 2013 | Forensic Linguistic Presentation/Case Studies, Black Police Officers Association, Miami, FL |
| 2013 | Forensic Linguistic Presentation/Case Studies, New Jersey State Police Homicide Conference, Atlantic City, NJ |
| 2014 | Forensic Linguistic Presentation, Universidad Autonamo de Madrid, Madrid, Spain |
| 2014 | Forensic Linguistic Presentation, Cardiff University, Cardiff, Wales |
| 2014 | Forensic Linguistic Presentation, Aston University, Birmingham, UK |
| 2014 | Forensic Linguistic Presentation, Lancaster University, Lancaster, UK |
| 2015 | Forensic Linguistic Five-Day School, U.S. Department of Agriculture |
| 2017 | Forensic Linguistic Two-Day Police School, Toronto, Canada |
| 2017 | Unabom Investigation Presentation and Book Talk, Newseum, Washington, D.C. |

## PROFESSIONAL ASSOCIATIONS

Association of Threat Assessment Professionals, Full Member
International Association of Forensic Linguists, Full Member
Vidocq Society, Full Member
International Criminal Investigative Analyst Fellowship, Full Member

## RESEARCH PROJECTS

| | |
|---|---|
| 1997 – 2000 | FBI - Radford University Serial Rapist Research Project |
| 1998 – 2007 | FBI - BAU-1 Communicated Threat Assessment Database (CTAD) design and implementation |
| 2005 | Language and Gender Research Project Master's Thesis, Georgetown University |

James R. Fitzgerald                    Curriculum Vitae                                    [9]
**MEDIA INTERVIEWS**

- 1997    FOX TV's America's Most Wanted
- 1999    *Philadelphia Inquirer* Sunday Magazine
- 1999    CBS TV's 60 Minutes II
- 1999    *Hamilton Spectator*, Hamilton, Ontario, Canada
- 1999    National Public Radio WHYY-FM, Philadelphia, PA
- 1999    Philadelphia Daily News
- 1999    ORF, Austrian Broadcasting Corporation, "Blue Danube Radio Show," Vienna, Austria
- 1999    Canadian Broadcasting Corporation, "A Current Affair," Winnipeg, Manitoba, Canada
- 2000    Press conference with numerous electronic and print media outlets, Concord, NH
- 2000    WKBW-TV, Buffalo, NY
- 2001    KDKA-TV, Pittsburgh, PA
- 2001    WRGB-TV, Albany, NY (Tivoli Bay, NY)
- 2001    Press briefing with numerous electronic and print media outlets, Washington, DC
- 2001    CNN, FOX, ABC, NBC, *Philadelphia Inquirer*, Washington, DC
- 2004    Australian Broadcasting Corporation, "A Current Affair," press conference with various electronic and print media outlets; live radio interview, "The Richard Gordon Show," both in Parramatta, Australia
- 2006    *Washington Times*
- 2006    CNN
- 2006    "Criminal Minds" TV show, first season DVD, profiling related interview in Special Features section
- 2006    Press conference with numerous electronic and print media outlets, Seattle, WA
- 2008    Ronald Kessler, September 19, 2008, "FBI Profiler Had It Right in Anthrax Case," www.newsmax.com
- 2008    Kristen McNamara and Suzanne Barlyn, December 15, 2008, "PRACTICE MANAGEMENT:  What Motivates White Collar Criminals?" Dow Jones News Service
- 2009    Fox TV's America's Most Wanted
- 2009    *La Vanguardia* Newspaper, Barcelona, Spain
- 2012    *Frankischer Tag* Newspaper, Bamberg, Germany
- 2012    *New Yorker Magazine*
- 2012    *Newsmax*
- 2012    *Washington Post*
- 2015    *Don Lemon Show,* CNN, May 21, 2015
         *Newsroom Weekend*, CNN, September 12, 2015
         *Erin Burnett Show*, CNN, June 18, 2015, July 15, 2015, September 10, 2015, October 2, 2015, December 3, 2015
         *Crime Time TV with Allison Hope Weiner*, July 21, 2015, August 25, 2015, September 10, 2015, November 1, 2015, December 22, 2015
- 2016    *Erin Burnett Show*, CNN, June 16, 2016
         Fox News; Yahoo News; AOL Live; CBS Online; Entertainment Tonight Online, September 16, 2016
         CBS TV's *The Case of: Jon Benet Ramsey*, September 18, 19, 2016
         WUSA 9 – TV, Washington, DC, September 19, 2016
- 2017    Discovery Channel's *Manhunt: The Unabomber*, August-September 2017, Producer

DEF00027

Exhibit 6
Page 10 of 13

James R. Fitzgerald                    Curriculum Vitae                                        [10]

2017   *Philadelphia Inquirer*, July 27, 2017
2017   Newsweek.com, July 28, 2017
2017   Fox News Radio
2017   NPR's *Fresh Air*, August 22, 2017
2017   NPR's *Here and Now*, August 22, 2017


**PUBLICATIONS**

2003   "Workplace violence: from threat to intervention," in *Clinics in Occupational and Environmental Medicine*, on Violence in the Workplace
2004   "Using A Forensic Linguistic Approach to Track the Unabomber," in *Profilers*, Campbell, John H., and DeNevi, Don, Prometheus Books
2006   "Forensic Linguistic Services at the Behavioral Analysis Unit-1," an FBI handbook detailing services offered at the BAU-1
2007   "The FBI's Communicated Threat Assessment Database; History, Design, and Implementation," in *FBI Law Enforcement Bulletin*
2014    *A Journey to the Center of the Mind, Book I,* Infinity Publishing
2017    *A Journey to the Center of the Mind, Book II*, Infinity Publishing
2017    *A Journey to the Center of the Mind, Book III*, Infinity Publishing

Exhibit 6
Page 11 of 13

# *James R. Fitzgerald Associates, LLC*

James R. Fitzgerald Associates, LLC
615 Route 9 S.
#803
Cape May Court House, New Jersey 08210

Mintz Group
450 Sansome Street, Suite 700

San Francisco, CA 94111

Attn:  Staci E. Dresher
Partner, Associate General Counsel

October 2, 2017

RE:    JRF Case No. 17-103
       BOFI – Potential Defamation Matter

## FORENSIC LINGUISTIC/AUTHORIAL ATTRIBUTION REPORT

This report is based on the receipt of various written communications relating to captioned Mintz Group investigation and their subsequent analysis by James R. Fitzgerald Associates (JRF).  The communications electronically forwarded to JRF by Ms. Dresher include approximately 90 messages found on Twitter accounts listed under the names "@Tysoncapllc" (@T) and "@AureliusValue" (@A).

### Questioned Communications

JRF assessed approximately 90 Twitter messages, aka "tweets," under the two aforementioned names, in an attempt to determine if there are common authorship features between them.   In other words, did the author of one set of tweets, specifically @T, possibly compose and subsequently post some of the tweets found in @A?

In this analytical undertaking, JRF assessed approximately 50 separate @T tweets, and approximately 40 separate @A tweets.

**Authorial Attribution Analysis**

After a careful and thorough linguistic analysis and assessment of the approximately 90 aforementioned communications of both @T and @A, it is readily apparent on the surface that the topic, theme, and tone of each is virtually identical throughout. That is, virtually every tweet message is negative as it relates to BOFI and/or its management.

Also readily apparent in the various tweet messages is an inconsistency in the choices of punctuation utilized between them. Specifically, it is apparent that in at least 30 tweets the author of @T chooses to omit a standard period (".") at the end of the message. The period is omitted even when there are fewer than the maximum 140 characters present in the message. In the @T tweets, there are only two messages which end with a standard period. In the @T tweets, some of the other messages end in points of ellipses, question marks, and exclamation marks.
Overall, the writing style found within the @T tweets appears relatively consistent. It is opined that most, if not all, of the @T tweets are the result of one contributor/author.

In the @A tweets, at least 13 of the messages end with a standard period. In at least 21 of the messages the period is omitted. At least three messages end in exclamation points, and two messages end in points of ellipses. Overall, the writing style found within the @A tweets appears relatively inconsistent. It is opined that the 40 @A tweets are the result of more than one contributor/author.

**Conclusion**

Punctuation inconsistency within a similarly themed set of tweets by the same author/contributor is found to be relatively rare in the experience of JRF. In this matter, it is likely reflective of the fact that there was more than one author of the 40 @A tweets. It is likely that the author of the @T tweets, on numerous occasions, chose to tweet under the @A Twitter account as at least one of its several contributors/authors.

If there are any questions or comments regarding this report, please feel free to contact James R. Fitzgerald Associates, LLC, at jfitzjourney@gmail.com.