UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

SPARROW FUND MANAGEMENT LP,

          Plaintiff,        **ORDER**

     -against-           18-CV-4921 (PGG) (KHP)

MIMEDX GROUP, INC.,

          Defendant.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On June 30, 2021 Plaintiff Sparrow Fund Management LP ("Sparrow") filed a letter motion to compel discovery from Axos Bank fka BOFI Federal Bank ("BOFI"). (ECF No. 231.) However, based on the Court's review of Sparrow's submission, it is unclear whether Sparrow served its letter motion to compel on BOFI. Accordingly, to ensure BOFI has notice of Sparrow's request, Sparrow must serve BOFI with a copy of Sparrow's motion and this Order and must file an affidavit of service of the same on the public docket as soon as is practicable. BOFI will have two weeks from the date of service to submit any opposition to Sparrow's motion to compel.

  **SO ORDERED.**

Dated: July 2, 2021
   New York, New York

                   *Katharine H. Parker*
                   _____
                   KATHARINE H. PARKER
                   United States Magistrate Judge