```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SPARROW FUND MANAGEMENT LP,
```

                            Plaintiff,                        **ORDER**

           -against-                                 18-CV-4921 (PGG) (KHP)

MIMEDX GROUP, INC.,

                         Defendant.
---------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A telephonic case management conference is hereby scheduled to take place in the above-captioned action on Thursday, August 5, 2021 at 12:30 p.m.  Plaintiff must serve this Order on both Axos Bank fka BOFI Federal Bank ("BOFI") and The Cockrell Group USA, Inc. ("Cockrell Group") by no later than July 30, 2021.  The Court further directs counsel for both BOFI and Cockrell Group to attend this conference as the Court intends to discuss and address the recently issued subpoenas in this case.  All conference participants are directed to call (866) 434-5269, access code: 4858267 at the scheduled time.

      **SO ORDERED.**

Dated: July 26, 2021
       New York, New York

                                                          _____
                                                          KATHARINE H. PARKER
                                                          United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/26/2021