```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/04/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

SPARROW FUND MANAGEMNET LP,

                              Plaintiff,

          -against-

MIMEDX GROUP, INC., ET AL.,

                              Defendants.

----------------------------------------------------------------X

**ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**

1-18-cv-4921 (PGG) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The telephonic Case Management Conference in this matter scheduled for Thursday, August 5, 2021 at 12:30 p.m. is hereby rescheduled to **Wednesday, August 18, 2021, at 10:45 a.m.** Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267.**

    SO ORDERED.

Dated: August 4, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge