

Peter T. Shapiro
77 Water Street, Suite 2100
New York, New York 10005
Peter.Shapiro@lewisbrisbois.com

November 30, 2021

**VIA ECF**
Honorable Katharine H. Parker
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:   *Sparrow Fund Management LP v. MiMedx Group, Inc.*
             Civil Case No. 1:18-cv-04921-PGG-KHP

Dear Judge Parker:

    The parties write jointly to advise that they have now reached a confidential settlement in principle. The parties respectfully request 30 days to complete a written settlement agreement and file a stipulation to dismiss this case with prejudice.

    Thank you for your attention to this matter.

                                      Respectfully,

                                      *Peter T. Shapiro*

                                      Peter T. Shapiro of
                                      LEWIS BRISBOIS BISGAARD & SMITH LLP

cc:    Adam Heder, Esq. (via ECF)