UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SPARROW FUND MANAGEMENT, LP,

                Plaintiff,

-against-

MIMEDX GROUP, INC.,

                Defendant.
-------------------------------------------------------------X

Case No. 18-cv-04921 (PGG)(KHP)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted, including plaintiff's claims and defendant's counterclaims, in the above-captioned action against defendant are hereby voluntarily dismissed with prejudice and without costs.

Dated: New York, New York
         January 31, 2022

BRESSLER, AMERY & ROSS, P.C.

By: _____
Nikolas S. Komyati
17 State Street
New York, NY 10004
(212) 425.9300
nkomyati@bressler.com

HARRIS BERNE CHRISTENSEN LLC

By: _____
Adam S. Heder
15350 SW Sequoia Parkway, Suite 250
Portland, OR 97224
(503) 968.1475
Adamh@hbclawyers.com

*Attorneys for Plaintiff*

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
Peter T. Shapiro, Esq.
77 Water Street, Suite 2100
New York, New York 10005
(212) 232-1300
Peter.Shapiro@lewisbrisbois.com
*Attorneys for Defendant*

SO ORDERED:

_____
U.S.D.J